IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAMON NELSON | : | No. 15-388-1 |

## ORDER

AND NOW, this 30th day of July, 2021, upon consideration of Damon Nelson's Motion for Compassionate Release (Doc. No. 93), the Government's Response in Opposition (Doc. No. 95), and Mr. Nelson's Reply (Doc. No. 98), , it is **ORDERED** that Mr. Nelson's Motion (Doc. No. 93) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1